# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAMBERS OF**<br>**YVETTE KANE**<br>JUDGE | November 6, 2000 | **FEDERAL BUILDING & COURTHOUSE**<br>228 WALNUT STREET<br>P.O. BOX 11817<br>HARRISBURG, PA 17108-1817 |

Joseph M. Hill, Jr., Esquire  
124 South 8th Street  
Lebanon, PA 17042  

Wendy Dullea Bowie, Esquire  
IRA H. Weinstock, Esquire  
800 North Second Street  
Harrisburg, PA 17102  

**FILED**  
HARRISBURG, PA  

NOV - 7 2000  

MARY E. D'ANDREA, CLERK  
Per _____  
Deputy Clerk  

Re: Krause v. Krause — Case No. 1:CV-00-1922

Dear Counsel:

The above-referenced action has been assigned to me in Courtroom 4 of the Middle District of Pennsylvania, Harrisburg. The following important preliminary information applies to all Courtroom 4 cases:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure. Extensions of time not pre-approved by the court are not permitted by the Rules, and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at this Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue after joinder of this matter has been accomplished. This conference will establish important deadlines for the case, including the trial listing.

**CONTACTING THE COURT**: Jennifer Kennedy, Deputy Clerk of Court, is available to answer your questions or concerns regarding the progress of this case at 221-3926.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

Yvette Kane  
United States District Judge