UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAUREEN L. KRAUSE,　　　　　　　　：　CIVIL NO. **1:00-CV-1922**
　　　　　　　　　　　　　　　　　　　：
　　　　　Plaintiff　　　　　　　　　：　(Magistrate Judge Smyser)
　　　　　　　　　　　　　　　　　　　：
　　　v.　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　：
GERALD K. KRAUSE, SR.,　　　　　　　：
　　　　　　　　　　　　　　　　　　　：
　　　　　Defendant　　　　　　　　　：

ORDER

**IT IS ORDERED** that:

1. A case management conference will be conducted by the court on **December 21, 2001, at 10:30 a.m.**, in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. This conference will be in person unless a party requests that the conference be held by telephone and the request has the concurrence of all parties. It will then be the responsibility of the requesting party to so inform the court and to place the conference call.

2. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

AO 72A
(Rev.8/82)

3. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of the conference. The telephone number to call is (717) 221-3980.

4. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form. **The completed form**, which is set forth in Appendix B of the local rules, **must be filed on or before December 14, 2001.** Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

5. Counsel shall not cease active discovery pending disposition of a motion to dismiss.

6. At the case management conference the captioned action will be placed on one of the following tracks:

     a) **Fast Track** - Setting rapid disposition time limitations consistent with the character of the case; setting a trial date or disposition date not more than six months from the filing of the action in this court.

     b) **Expedited Track** - Setting a trial date goal or disposition of not more than eight months from the filing of the action in this court.

     c) **Standard Track** - Setting a trial date goal or disposition of not more than fifteen months from the filing of the action in this court.

     d) **Complex Track** - Setting a trial date goal or disposition of not more than two years from the filing of the action in this court.

7. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under extraordinary circumstances.

                                                    _____
                                                    J. Andrew Smyser
                                                    Magistrate Judge

Dated: November 16, 2001.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 16, 2001

Re:  1:00-cv-01922     Krause v. Krause

True and correct copies of the attached were mailed by the clerk to the following:

Joseph M. Hill Jr., Esq.
124 South 8th Street
Lebanon, PA  17042

Wendy Dullea Bowie, Esq.
Ira H. Weinstock
800 North Second Street
Harrisburg, PA  17102

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               (✓)              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                          DA of County  ( )   Respondents   ( )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE:  11/16/01                              BY: _____
                                                     Deputy Clerk