1 to CS

7
12/24/0
gc

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| KRAUSE v. KRAUSE | 1:00-CV-1922 | Consent |

| Proceeding: | Case Management Conference — By Phone |
|---|---|

| Set For: | December 21, 2001 | At: | 10:30 a.m. |
|---|---|---|---|

| Time Commenced: | | Time Terminated: | |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| JOSEPH M. HILL, JR., Esquire | WENDY DULLEA BOWIE, Esquire |

**REMARKS:** CASE MANAGEMENT CONFERENCE

FILED
HARRISBURG, PA
DEC 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400