UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN L. KRAUSE,<br>PLAINTIFF | : CIVIL NO. 1:00-cv-1922<br>:<br>: (Magistrate Judge Smyser) |
| VS. | : |
| GERALD K. KRAUSE, SR.,<br>DEFENDANT | :<br>: |

FILED
HARRISBURG, PA
SEP 04 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## MOTION FOR SUMMARY JUDGMENT

AND NOW, comes Plaintiff, Maureen L. Krause, by her attorney, Joseph M. Hill, Jr., Esquire, and moves the Court for summary judgment dismissing this case pursuant to Rule 56 of the Federal Rules of Civil Procedure and states as follows:

1. That the subject matter of this proceeding involves a divorce, brought in the Court of Common Pleas of Lebanon County, Pennsylvania to #1994-20522.

2. That the Defendant caused this matter to be referred to the United States District Court for the Middle District of Pennsylvania.

3. That the underlying issue raised by the Defendant concerns the meaning, application and enforcement of a Decree in Divorce and Property Settlement Agreement.

4. That both of the parties were residents of Lebanon County, Pennsylvania, and there is no diversity of citizenship.

5. That there are no federal questions presented by this case.

6. That this case involves the domestic relations laws and decisions thereunder in the Commonwealth of Pennsylvania and not to the laws of the United States.

7. That there is no federal jurisdiction.

8. That counsel for the Defendant does not concur with this Motion.

WHEREFORE, the undersigned respectfully requests that this matter be dismissed and remanded to the Court of Common Pleas of Lebanon County, Pennsylvania.

Dated: August 30, 2002

Joseph M. Hill, Jr., Esquire
Attorney for Plaintiff
124 South 8th Street
Lebanon, PA  17042
(717) 272-7171
ID #24984

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAUREEN L. KRAUSE,  : CIVIL NO. 1:00-cv-1922
    PLAINTIFF :
 : (Magistrate Judge Smyser)
VS. :
 :
 :
GERALD K. KRAUSE, SR., :
    DEFENDANT :

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, served a copy of the foregoing document upon the person indicated below by depositing the same with the United States Postal Service, first class mail, postage pre-paid, addressed as follows:

    Jeffrey R. Schott, Esquire
    Ira H. Weinstock, P.C.
    800 North Second Street
    Harrisburg, PA  17102

    Attorney for Defendant

Dated: August 30, 2002

    _____
    Joseph M. Hill, Jr., Esquire
    Attorney for Plaintiff
    124 South 8th Street
    Lebanon, PA  17042
    (717) 272-7171
    ID#24984