UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea                                                                                           717-221-3920
    Clerk                                                       October 24, 2002

Anita B. Haulman, Prothonotary
Lebanon County Courthouse
400 South Eighth Street
Lebanon, PA 17042

    IN RE:   Maureen L. Krause vs. The Estate of Gerald K. Krause, Sr., et al.
                Civil Action No. 1:CV-00-1922

Dear Ms. Haulman:

    Please find enclosed a certified copy of the docket entries together with a certified copy of the Order by Magistrate Judge Smyser entered October 24, 2002, remanding this action back to your court.

    Kindly acknowledge receipt on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Jill Cardile
Deputy Clerk

FILED
HARRISBURG, PA
OCT 29 2002
MARY E. D'ANDREA, CLERK
Per _____

**Receipt**

Received by:_____                                    Date:_____