ORIGINAL

⑲
11-25-02
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAUREEN L. KRAUSE,               :      NO. 1:00-CV-1922
                    Petitioner :
                                 :                              FILED
        v.                       :                      HARRISBURG, PA
                                 :
                                 :                      NOV 2 2 2002
THE ESTATE OF GERALD K.          :
KRAUSE, SR., and                 :                      MARY E. D'ANDREA, CLEF
BARBARA KRAUSE,                  :                      Per _____
                    Respondents :      Magistrate Judge Smyser

**NOTICE OF APPEAL**

Notice is hereby given that the Estate of Gerald K. Krause, Sr., and Barbara

Krause, Respondents in the above named case hereby appeal to the United States

Court of Appeals for the Third Circuit from the Memorandum and Order entered in

this action on the 24th day of October, 2002, which states:

AND NOW, this 24th day of October, 2002, it is hereby ordered that

the Petitioner's motion to remand (doc. 13) is GRANTED. The Clerk

of the Corut is directed to remand this action to the Court of Common

Pleas of Lebanon County, Pennsylvania. The trial scheduled for

December 2, 2002 and the pretrial conference scheduled for November

21, 2002 are canceled.


/s/ J. Andrew Smyser
Magistrate Judge



Respectfully submitted,

WENDY DULLEA BOWIE
  Attorney for Respondents
4294 Wimbledon Drive
P.O. Box 61974
Harrisburg, PA 17106-1974
Phone: 717-541-0563

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                         DISTRICT COURT NO.  1:00-cv-1922

MAUREEN L. KRAUSE                                CT. OF APPEALS NO. _____
     Vs
THE ESTATE OF GERALD K. KRAUSE, SR.
        And BARBARA KRAUSE


NOTICE OF APPEAL FILED      November 22, 2002      COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL _X_ PAID ___NOT PAID ___SEAMAN

DOCKET FEE    _X_ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
       (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
       (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Magistrate Judge J. Andrew Smyser
Joseph M. Hill, Jr., Esquire
Wendy Dullea Bowie, Esquire
Jeffrey R. Schott, Esquire
Jason M. Weinstock, Esquire
File Copy


PREPARED BY __Shawna L. Cihak__
                    Deputy Clerk
Date: November 25, 2002



**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:        **KRAUSE v. KRAUSE**
           **USDC NO:  1:00-CV-1922**
           **USCA NO:**
           **E-mail Account: All correspondence should be sent to the e-mail account:**
           **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____        **Civil Prisoner Case: Case file and docket sheet available through
               RACER.**

_____        **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet
               available through RACER.**

__X__          **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and
               Docket Sheet available through RACER.**

_____          **Civil Prisoner Case: ___ Supplemental Record filed.  Documents and
               docket sheet available through RACER.**

_____          **Non-Prisoner Civil Case or Criminal Case:
               ____ Supplemental Record filed.  Docket Sheet available through
               RACER.**

        **The Clerk's Office hereby certifies the record and the docket sheet available
through RACER to be the certified list in lieu of the record and/or the certified copy of the
docket entries.**

                              Very truly yours,


                              s/ Shawna L. Cihak
                              Deputy Clerk

Date: November 25, 2002