OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4952

November 29, 2002

NOTICE OF DOCKETING OF APPEAL

MAUREEN L. KRAUSE

vs.

THE ESTATE OF GERALD K. KRAUSE, SR., AT AL.

No.: 00-CV-01922
(Honorable J. Andrew Smyser)

FILED
HARRISBURG, P
NOV 29 2002
MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

An appeal by **The Estate of Gerald K. Krause, Sr. and Barbara Krause** was filed in the above-caption case on **11/22/02**, and docketed in this Court on **11/29/02**, at No. **02-4305**

Kindly use the Appeals Docket No. **02-4305** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Aina Laws** at Aina_Laws@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**