UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 2-4305

Krause

vs.

Estate Krause, et al.

The Estate of Gerald K. Krause, Sr., Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01922)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A TRUE COPY:

*Kathleen Brouver*
Kathleen Brouver,
Chief Deputy Clerk

For the Court,

*Kathleen Brouver*
Chief Deputy Clerk

Date: April 8, 2003

cc:
  Joseph M. Hill Jr., Esq.
  Wendy D. Bowie, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

<u>SCRANTON</u> Clerk of District Court
(District)

Date <u>April 8, 2003</u>

<u>**KRAUSE VS. ESTATE OF KRAUSE**</u>
(Caption)

C. of A. No. <u>02-4305</u>

<u>THE ESTATE OF GERALD KRAUSE, ET AL.</u>
(**Appellant(s)**/Petitioner)

<u>00-CV-01922</u>
(D.C. No.)

RECEIVED
SCRANTON

APR 1 4 2003

MARY E. D'ANDREA, CLERK
PER _____
        DEPUTY CLERK

Enclosures:

<u>  04/08/03  </u> Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

<u>xxxx</u> Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
        is recalled.

_____(267)-299-<u>4957</u>
AINA LAWS: Deputy Clerk

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00

Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___SCRANTON_____ Clerk of District Court
(District)

___KRAUSE VS. ESTATE OF KRAUSE_____
(Caption)

___THE ESTATE OF GERALD KRAUSE, ET AL._____
(**Appellant(s)**/Petitioner)

___00-CV-01922_____
(D.C. No.)

Date _April 8, 2003_____

C. of A. No. _02-4305_

RECEIVED
SCRANTON

APR 1 4 2003

MARY E. D'ANDREA, CLERK
PER _____
         DEPUTY CLERK

Enclosures:

___04/08/03_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__xxxx__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
         is recalled.

                              _[signature]_____(267)-299-_4957_
                              AINA LAWS: Deputy Clerk

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00

Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

SCRANTON _____ Clerk of District Court
(District)

Date April 8, 2003

KRAUSE VS. ESTATE OF KRAUSE
(Caption)

C. of A. No. 02-4305

THE ESTATE OF GERALD KRAUSE, ET AL.
(**Appellant(s)**/Petitioner)

00-CV-01922
(D.C. No.)

Enclosures:

__04/08/03__ Certified copy of C. of A. Order by the Court/Clerk
(Date)

RECEIVED
SCRANTON

APR 1 4 2003

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

_____ Released (Record) (Supplemental Record - First - Second - Third)

__xxxx__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
         is recalled.

_____ (267)-299-4957
AINA LAWS: Deputy Clerk

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00

Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd